# UNITED STATES DISTRICT COURT
## for the
### Middle District of North Carolina

FILED
in the Middle District of
North Carolina
8/15/2025
Clerk, US District Court
By: _____DB_____

| | |
|---|---|
| United States of America<br>v.<br><br>JOSE BELISARIO CORBERA ORTIZ<br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)       1:25MJ 321<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 31, 2025__ in the county of __Rowan__ in the
__Middle__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 | The defendant forcibly assaulted, resisted, and opposed a person designated in 18 U.S.C. § 1114, to wit: Tyler Bruce, an Internal Revenue Service (IRS) Special Agent, while Bruce was acting in the performance of his official duties and caused physical contact. |
| 18 U.S.C. § 111 | The defendant forcibly assaulted, resisted, and opposed a person designated in 18 U.S.C. § 1114, to wit: Kalek Jones, an ICE Enforcement and Removal Operations (ERO) Deportation Officer, while Jones was acting in the performance of his official duties and caused physical contact |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

/S/ C. Brandon Parker
*Complainant's signature*

C. Brandon Parker, HSI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 8/15/2025

*Judge's signature*

City and state: Winston Salem, NC

Joi Elizabeth Peake, US Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:25MJ 321 |
| | : | |
| JOSE BELISARIO CORBERA ORTIZ | : | |
| | : | |

## AFFIDAVIT

I, C. Brandon Parker, Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent (SA) of the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) and have been so employed since 2019. I am currently assigned to the HSI Greensboro Office, where my duties include, among others, investigating violations of Titles 8, 18, 19, 21, and 31 of the United States Code (U.S.C.). Prior to this assignment, I attended training at the Federal Law Enforcement Training Center (FLETC) in Brunswick, Georgia, where I received instruction in federal criminal statutes, search, seizure, arrest authority, and other aspects of federal law enforcement.

2.      Before joining HSI, I served as a Special Agent with the United States Secret Service (USSS) at the Boston Field Office for four years. My duties included investigating financial crimes and computer-based attacks on the nation's financial, banking, and telecommunications infrastructure. Prior to the USSS, I was a police officer in Greensboro, North Carolina, for 10 years.

3.      As a result of my direct involvement in the investigation and based on reports from other law enforcement officials, I am familiar with the facts and circumstances of this case. The information in this affidavit is provided for the limited purpose of establishing probable cause in support of a criminal complaint; therefore, it does not include every fact known to me regarding this investigation. This affidavit supports a criminal complaint against Jose Belisario CORBERA ORTIZ for the following:

   a. On July 31, 2025, CORBERA ORTIZ forcibly assaulted, resisted, and opposed a person designated in 18 U.S.C. § 1114, to wit: United States Government Official Tyler Bruce, an Internal Revenue Service (IRS) Special Agent, while Bruce was acting in the performance of his official duties and caused physical contact, in violation of 18 U.S.C. § 111, and

2

b. On the same date, CORBERA ORTIZ forcibly assaulted, resisted, and opposed a person designated in 18 U.S.C. § 1114, to wit: United States Government Official Kalek Jones, an ICE Enforcement and Removal Operations (ERO) Deportation Officer, while DO Jones was acting in the performance of his official duties and caused physical contact, in violation of 18 U.S.C. § 111.

## PROBABLE CAUSE

**CORBERA ORTIZ Arrest - Final Order of Removal**

4. ICE ERO Fugitive Operations provides logistical and operational support nationwide for locating and arresting at-large removable aliens within the United States. These operations are conducted within local Areas of Responsibility (AOR) with assistance from partnering federal agencies, including, but not limited to, Homeland Security Investigations (HSI), Federal Bureau of Investigation (FBI), U.S. Marshals Service (USMS), Drug Enforcement Administration (DEA), Internal Revenue Service (IRS), and Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

3

5. CORBERA ORTIZ, a Honduran national, unlawfully entered the United States on April 28, 1996, without admission or parole, in violation of Immigration and Nationality Act (INA) § 212(a)(6)(A). The Border Patrol Agent who encountered CORBERA ORTIZ issued him a Notice to Show Cause and Notice of Hearing. On June 5, 1996, CORBERA ORTIZ failed to appear, and a hearing was conducted in absentia. That same day, an Immigration Judge ordered CORBERA ORTIZ deported to Honduras pursuant to INA § 212(a)(6)(A).

6. On July 31, 2025, the ICE Charlotte Fugitive Task Force planned to execute the Final Order of Removal for CORBERA ORTIZ. The Task Force consisted of Team Leader ICE DO Rodriguez, ICE DO Kalek Jones, IRS SA Tyler Bruce, and IRS SA Dohy. The agents conducted an operational briefing, and all team members wore visible law enforcement badges, markings, and insignia on issued ballistic outer vest carriers and other clothing. They operated U.S. Government vehicles equipped with blue/red emergency lights and sirens.

7. At approximately 5:45 a.m., IRS SAs Bruce and Dohy, traveling together in one vehicle, observed CORBERA ORTIZ at his residence at 1468 Meadowcreek Dr., China Grove, NC. CORBERA ORTIZ and his son, J.C.R.,

4

exited the residence and entered separate vehicles. CORBERA ORTIZ drove a 2010 Honda Ridgeline (North Carolina plate TX6303). J.C.R. drove a 2015 Chevrolet Camaro (North Carolina plate RHR-2776). The vehicles departed in tandem from Meadowcreek Dr. to Bluefield Dr.



*Meadowcreek Dr is inaccessible above the residence and Bluefield Dr is the only throughfare to and from the residence.*

8. SAs Bruce and Dohy positively identified CORBERA ORTIZ as the subject of the Final Order of Removal and relayed this to DOs Rodriguez and Jones, who were operating separate vehicles.

5

9. Agents observed the Camaro continue toward Ed Deal Rd., leaving the community, while the Ridgeline stopped on Meadowcreek Dr. and began reversing toward Bluefield Dr.

10. As CORBERA ORTIZ attempted to turn back toward his residence, SAs Bruce and Dohy activated their emergency lights and stopped in front of CORBERA ORTIZ, while DO Rodriguez positioned his vehicle, with emergency lights activated, to the Ridgeline's rear driver's side.

11. The following image, taken from video recorded by a security camera on a nearby residence, depicts the position of the three vehicles (seen in the background).



12.     SA Bruce and DO Rodriguez approached CORBERA ORTIZ driver side, while SA Dohy approached the passenger side. They announced that CORBERA ORTIZ was under arrest and opened the driver's door. Agents issued loud verbal commands for CORBERA ORTIZ to exit the vehicle.

13.     DO Rodriguez observed a large filet knife between the driver's seat and the rocker panel floorboard. He informed SA Bruce, and CORBERA ORTIZ lunged toward the knife.

14.     SA Bruce grabbed CORBERA ORTIZ's arm, initiating a physical struggle over control of the knife. CORBERA ORTIZ struck SA Bruce multiple times in the face, neck, and ear with his free hand, causing injury and breaking Bruce's radio earpiece inside his ear canal.

15.     SA Bruce overpowered CORBERA ORTIZ, secured the knife, and DO Jones arrived as agents placed CORBERA ORTIZ in handcuffs.

16.     While being escorted to DO Jones' vehicle, CORBERA ORTIZ remained combative, struggling and kicking. As DO Jones attempted to secure him in the back seat, CORBERA ORTIZ kicked Jones multiple times in the side, back, and abdomen while cursing and calling agents "bitches" and a "disgrace."

7

Case 1:25-mj-00321-JEP    Document 1    Filed 08/15/25    Page 8 of 9

## CONCLUSION

17. Based upon the foregoing, I respectfully submit that there is probable cause to believe that on July 31, 2025, in Rowan County, CORBERA ORTIZ did forcibly assault, resist, and oppose SA Bruce and DO Jones, United States Government Officials, causing physical contact, in violation of 18 U.S.C. § 111.

Respectfully submitted,

/s/ C. Brandon Parker
C. Brandon Parker
Special Agent
Homeland Security Investigations

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this written affidavit in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: August 15, 2025

City and state: Winston Salem, North Carolina

Joi Elizabeth Peake, U.S. Magistrate Judge