# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

United States of America
  v.

JOSE BELISARIO CORBERA ORTIZ

_____
*Defendant*

)
)
)
)
)
)
)

Case No.   1:25MJ 321

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOSE BELISARIO CORBERA ORTIZ                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

On or about July 31, 2025, JOSE BELISARIO CORBERA ORTIZ did forcibly assault, resist, and oppose a person
designated in 18 U.S.C. § 1114, to wit: Tyler Bruce, an Internal Revenue Service (IRS) Special Agent, while Bruce was
acting in the performance of his official duties and caused physical contact, in violation of 18 U.S.C. § 111.
On or about July 31, 2025, JOSE BELISARIO CORBERA ORTIZ did forcibly assault, resist, and oppose a person
designated in 18 U.S.C. § 1114, to wit: Kalek Jones, an ICE Enforcement and Removal Operations (ERO) Deportation
Officer, while Jones was acting in the performance of his official duties and caused physical contact, in violation of 18
U.S.C. § 111.          ⊞

Date:   8/15/2025

City and state:   Winston Salem, NC

_____
*Issuing officer's signature*

Joi Elizabeth Peake, US Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*